22307

Muriel C. HUME, Administratrix of the Estate of Donald E. Hume, Deceased, Respondent-Petitioner, v. DURWOOD MEDICAL CLINIC, INC.; James H. Black, M.D.; Charles Harris, M.D.; and Harold P. Hope, M.D., of which Durwood Medical Clinic, Inc.; James H. Black, M.D.; and Charles Harris, M.D., are, Appellants.

(329 S. E. (2d) 443)

Supreme Court

*Charles L. Henshaw, Jr.,* and *O. Fayrell Furr, Jr.,* Law Offices of *O. Fayrell Furr, Jr.,* Columbia, *for respondent-petitioner.*

*Robert R. Carpenter,* of *Roddey, Carpenter & White,* Rock Hill, *for appellants.*

Writ Issued Nov. 14, 1984.

Submitted April 24, 1985.

Decided May 1, 1985.

*Per Curiam:*

We granted *certiorari*, 327 S. E. (2d) 322, to review the decision of the Court of Appeals reported at 282 S. C. 236, 318 S. E. (2d) 119 (S. C. App. 1984). After reviewing the transcript of record, briefs, and Court of Appeals opinion, we now conclude that *certiorari* was improvidently granted.